IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MIGUEL FLORES,                          )
                                        )
            Plaintiff,                  )       TC-MD 130346N
                                        )
    v.                                  )
                                        )
DEPARTMENT OF REVENUE,                  )
State of Oregon,                        )
                                        )
            Defendant.                  )       **FINAL DECISION OF DISMISSAL**

       This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

       On September 19, 2013, the court sent the parties a Journal Entry instructing Plaintiff to

file a written response to Defendant's Recommendation within 14 days of the date of the Journal

Entry.  The Journal Entry advised that failure to comply with the deadline set forth therein would

result in dismissal of Plaintiff's appeal.

       Plaintiff's deadline has passed and the court has not received the Plaintiff's written

response or any further communication from Plaintiff.  As a consequence, the court finds this

matter should be dismissed for lack of prosecution.  Now, therefore,

       IT IS THE DECISION OF THIS COURT that this matter is dismissed.

       Dated this ___ day of October 2013.


                                        _____
                                        ALLISON R. BOOMER
                                        MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a Complaint in the
Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street,
Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street,
Salem, OR.*
*Your Complaint must be submitted within <u>60</u> days after the date of the Final
Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

FINAL DECISION OF DISMISSAL  TC-MD 130346N                                    1